UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

| | |
|---|---|
| JOSEPH T. COOK, JR.; AND ELEANOR T. FOSTER,<br><br><div align="center">*Plaintiffs*,</div><br><div align="center">v.</div><br>MPI INDUSTRIES, LLC; AND JOHN DOE INDIVIDUALS AND/OR BUSINESS ENTITIES (PLURAL 1-10) *jointly, severally and in the alternative*,<br><br><div align="right">*Defendants.*</div> | Case No.: **1:17-cv-01937-RMB-KMW**<br><br><br><div align="center">Civil Action</div> |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties, that Plaintiff's Complaint and all claims by, between, and among the parties are dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party.


Kurkowski Law, LLC                               The Law Offices Alan R. Ackerman
Attorneys for Plaintiff                          Attorneys for Defendants


By:    */s/      Daniel Kurkowski*            By: _____
          Daniel M. Kurkowski. Esq.                      Steven A. Jayson, Esq.

Dated: August 15, 2017                           Dated: August __15_____, 2017